# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Ivan Lelane Smith                                    Docket No. 5:08-CR-184-1D

## Petition for Action on Supervised Release

COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ivan Lelane Smith, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1) and (b)(1)(B), Distribution of Cocaine Base (Felony) and 18 U.S.C. § 922(g)(1) and 924 (a)(2), Felon in Possession of a Firearm (Felony), was sentenced by the Honorable Robert G. Doumar, U.S. District Judge, sitting in the Eastern District of Virginia, on February 13, 2006, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

2. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

3. The defendant shall pay for the support of his child in the amount ordered by any social service agency or court of competent jurisdiction. In the absence of such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on the defendant's financial circumstances.

Ivan Lelane Smith was released from custody on December 28, 2007, at which time the term of supervised release commenced. On February 21, 2008, the defendant tested positive for the use of cocaine. This use was reported to the Eastern District of Virginia and jurisdiction was requested. Jurisdiction was transferred to the Eastern District of North Carolina on June 12, 2008.

On August 11, 2008, based on the defendant's use of cocaine, the court modified his supervision to include the following condition:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days as directed by the probation officer and shall abide by all rules and regulations of the designated facility.

Ivan Lelane Smith
Docket No. 5:08-CR-184-1D
Petition For Action
Page 2

On March 9, 2009, based on the defendant's use of marijuana, the court modified his supervision to include the following condition:

1. The defendant shall be confined in the custody of the Bureau of Prisons for an additional period of 6 days as directed by the probation officer and shall abide by all rules and regulations of the designated facility.

On June 22, 2010, based on the defendant's failure to report to his officer and two additional uses of marijuana, the court modified his supervision to include the following condition:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 16, 2010, the defendant again tested positive for the use of marijuana. He is currently in our surprise urinalysis program and treatment. He is also on home detention with electronic monitoring. As a sanction for his continued drug use, we recommend his home detention be extended for an additional 30 days. In addition, we recommend his supervision be modified as set out below. We wish to place him in several programs to help him make better decisions and obtain stable employment.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed an additional 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

2. The defendant shall participate in a vocational training program as directed by the probation office. Such program may include job readiness training and skills development training.

Ivan Lelane Smith
Docket No. 5:08-CR-184-1D
Petition For Action
Page 3

3. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

4. The offender shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the offender's proficiency in skills such as reading, writing, mathematics, or computer use.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Van R. Freeman, Jr. |
| Robert L. Thornton | Van R. Freeman, Jr. |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: August 4, 2010 |

## ORDER OF COURT

Considered and ordered this 5 day of August, 2010, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge